IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CRIMINAL DOCKET NO. 3:17-CR-039-FDW-DCK

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| DERRELL ROMARIO BLACK, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

**THIS MATTER IS BEFORE THE COURT** on Defendant's "Unopposed Motion For Extension To File Objections" (Document No. 22) filed August 24, 2017. Having carefully considered the motion, the record, and noting the government does not oppose the motion, the undersigned will grant the motion.

**IT IS, THEREFORE, ORDERED** that Defendant's "Unopposed Motion For Extension To File Objections" (Document No. 22) is **GRANTED**. Defendant shall have up to and including **September 14, 2017** to file objections to the Court's "Memorandum And Recommendation" (Document No. 21).

**SO ORDERED**.

Signed: August 29, 2017

David C. Keesler
United States Magistrate Judge